IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHERYL C. STARKS**                                                                  **PLAINTIFF**

v.                                                        Civil No. 1:25-cv-0027-HSO-BWR

**FULL HOUSE RESORTS, INC. and**
**JOHN DOES 1-4**                                                    **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accord with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this case is dismissed without prejudice for lack of subject-matter jurisdiction.

**SO ORDERED AND ADJUDGED**, this the 25th day of February, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE